**Louis SCHRADER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**Nos. WD 76968, WD 76969, WD 76970.**

Missouri Court of Appeals,
Western District.

Sept. 9, 2014.

Gary D. Briggs, for Appellant.

Ninion S. Riley, Jefferson City, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JAMES E. WELSH, Judge and ANTHONY REX GABBERT, Judge.

### *ORDER*

PER CURIAM:

Louis Schrader appeals the orders of the Labor and Industrial Relations Commission finding that he was ineligible for

unemployment benefits and requiring that he repay benefits paid to him. He contends that the orders were not supported by sufficient competent evidence. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The orders are affirmed. Rule 84.16(b).